**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MYRTESA LU ANN LAWRENCE** | **CIVIL ACTION NO. 6:26-CV-01706 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SHAD RICE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

Petitioner Myrtesa Lu Ann Lawrence filed an Application for an Order to Show Cause (Doc. 6) contending that her removal to Rwanda was unlawful.

IT IS ORDERED that the Government respond to the Motion within 21 days of this Order. Petitioner may file a reply within 14 days thereafter.

Signed at Lafayette, Louisiana on this 5th day of October, 2026

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE